# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY EDWARD DOOLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC a limited liability company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>　　　　Defendants. | CASE NO.:   3:21-cv-00126-LRH-CSD<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANT'S PROTECTIVE ORDER** |

　　　　Plaintiff Leroy Edward Dooley ("Plaintiff") or ("Dooley") and Defendant Nevada Gold Mines, LLC ("Defendant" or "NGM") (collectively, the "Parties") by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order Extending the Deadline for Defendant Nevada Gold Mines, LLC to file its Response to Plaintiff's Objection to the Magistrate Judge's Order Granting Defendant's Protective Order.  Defendant seeks an extension of two weeks to file its Response.  This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties have agreed and stipulate that the deadline for Defendant to file its Response shall be on or before July 12, 2022.

DATED this 29th day of June, 2022.

BY: /s/ James P. Kemp
   JAMES P. KEMP, ESQ.
   Nevada Bar No. 6375
   JP@Kemp-attorneys.com
   7435 W. Azure Drive, Suite 110
   Las Vegas, Nevada 89130
   Phone: (702) 258-1183
   Fax: (702) 258-6983

*Attorneys for Plaintiff*

DATED this 29th day of June, 2022.

BY: /s/ Anthony L. Hall
   ANTHONY L. HALL, ESQ.
   Nevada Bar No. 5977
   AHall@SHJNevada.com
   JONATHAN A. MCGUIRE, ESQ.
   Nevada Bar No. 15280
   JMcGuire@SHJNevada.com
   SIMONS HALL JOHNSTON PC
   6490 S. McCarran Blvd., Ste. F-46
   Reno, Nevada 89509
   Telephone: (775) 785-0088

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

DATED: July 6, 2022