# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LEROY EDWARD DOOLEY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC.,<br><br>　　　　　Defendants. | CASE NO.:   3:21-cv-00126-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

　　　　Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Leroy Edward Dooley, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for Plaintiff to file his Response to NGM's Motion for Summary Judgment (ECF No. 51). The response, currently due on May 2, 2023, will be extended by two (2) weeks to and including **May 16, 2023.**

　　　　The reason for the extension, as Plaintiff's counsel has informed Defense Counsel is that Plaintiff's counsel has been extremely busy working on another summary judgment opposition in Guillen vs. B.J.C.R., L.L.C., et al. which was filed on Friday, April 28, 2023, a Ninth Circuit Opening Brief in Martin v. Clark County, et al. that will be due on May 8, 2023, as well as briefing in a workers' compensation administrative appeal and a judicial review matter concerning an unemployment compensation matter. This is in addition to counsel's normal workload of depositions (including 5 in Elko last Monday and Tuesday), administrative

1

hearings, discovery responses, and various other motion practice and client meetings..

This is the second request for an extension of time for Plaintiff to respond to Defendant's motion (ECF No. 69) after the first request that was contained in a stipulation to extend the dispositive deadline. (ECF No. 68)  This request is made in good faith and not for the purpose of delay.

DATED:  May 1, 2023                                                   DATED:  May 1, 2023

KEMP & KEMP                                                           SIMONS HALL JOHNSTON PC

  /s/ James P. Kemp, Esq.                                               /s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.                                                   Anthony L. Hall, Esq.
KEMP & KEMP                                                           Jonathan A. McGuire, Esq.
7435 W. Azure Drive                                                   SIMONS HALL JOHNSTON PC
Suite 110                                                             690 Sierra Rose Drive
Las Vegas, Nevada 89130                                               Reno, Nevada 89511
JP@Kemp-attorneys.com                                                 AHall@SHJNevada.com
*Attorneys for Plaintiff*                                             JMcGuire@SHJNevada.com
                                                                      *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

Dated this 8th day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2