# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEROY EDWARD DOOLEY,

    Plaintiff,

vs.

NEVADA GOLD MINES, LLC.,

    Defendants.

CASE NO.:   3:21-cv-00126-LRH-CSD

**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**(THIRD REQUEST)**

    Defendant, Nevada Gold Mines, LLC ("Defendant" or "NGM"), by and through its counsel of record, ANTHONY HALL and JONATHAN MCGUIRE of SIMONS HALL JOHNSTON, and Plaintiff Leroy Edward Dooley, ("Plaintiff") by and through his counsel of record, J.P. KEMP of KEMP & KEMP, hereby stipulate and agree to extend the deadline for Plaintiff to file his Response to NGM's Motion for Summary Judgment (ECF No. 51). The response, currently due on May 16, 2023, will be extended by one (1) week to and including **May 23, 2023.**

    The reason for the extension, as Plaintiff's counsel has informed Defense Counsel that he has been unable to schedule time to work with Mr. Dooley on the response to the motion including an extensive declaration from Mr. Dooley which will be required for the response. Mr. Dooley lives in Montana and this work must be done remotely. Further Plaintiff's counsel continues to be extremely busy working on other matters as well as briefing in a workers' compensation administrative appeal and a judicial review matter concerning an unemployment compensation matter. This is in addition to counsel's normal workload of depositions,

administrative hearings, discovery responses, mediations, settlement conferences, and various other motion practice and client meetings.

    This is the third request for an extension of time for Plaintiff to respond to Defendant's motion (ECF No. 69). This request is made in good faith and not for the purpose of delay.

DATED: May 16, 2023　　　　　　　　　　　　DATED: May 16, 2023

KEMP & KEMP　　　　　　　　　　　　　　SIMONS HALL JOHNSTON PC

  /s/ James P. Kemp, Esq.　　　　　　　　　　　/s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.　　　　　　　　　　　　Anthony L. Hall, Esq.
KEMP & KEMP　　　　　　　　　　　　　　Jonathan A. McGuire, Esq.
7435 W. Azure Drive　　　　　　　　　　　　SIMONS HALL JOHNSTON PC
Suite 110　　　　　　　　　　　　　　　　　690 Sierra Rose Drive
Las Vegas, Nevada 89130　　　　　　　　　　Reno, Nevada 89511
JP@Kemp-attorneys.com　　　　　　　　　　AHall@SHJNevada.com
*Attorneys for Plaintiff*　　　　　　　　　　　JMcGuire@SHJNevada.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED.**

Dated this 16th day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2