UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEROY EDWARD DOOLEY,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC a limited liability company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>Defendants. | Case No.: 3:21-cv-00126-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING A REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

  Nevada Gold Mines LLC ("NGM") and Plaintiff Leroy Edward Dooley ("Plaintiff") (collectively, the "Parties") by and through their respective undersigned counsel, hereby stipulate and agree that the deadlines for filing a reply in support of Defendant's pending motion for summary judgment be extended for the reasons set forth below. The current deadline for filing a reply to the Defendant's pending dispositive motions is June 8, 2023. The Parties believe a fourteen (14) day extension to file the reply to dispositive motions will be sufficient to provide Defendant with sufficient time to complete summary judgment briefing.

  This is the first request for an extension of this deadline. This request is made in good faith and is not for the purpose of delay and will not result in any undue delay or prejudice. The

reason for this extension is that Defendant's counsel has been unable to devote the time and attention to the Reply that it deserves in light of Defense counsel's caseload. Additionally, defense counsel has been dealing with staffing shortages that have complicated the process of preparing a reply and managing the remainder of defense counsel's caseload.

    Accordingly, the Parties have agreed and stipulate that the deadline for Defendant to file its Reply shall be on or before June 22, 2023.

DATED: June 8, 2023

BY: /s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
JP@Kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Phone: (702) 258-1183
Fax: (702) 258-6983

*Attorneys for Plaintiff*

DATED: June 8, 2023

BY: /s/ Jonathan A. McGuire
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Dr.
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED *nunc pro tunc*.

DATED this 12th day of June, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE