**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**\*\*\***

| | |
|---|---|
| LEROY EDWARD DOOLEY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>NEVADA GOLD MINES, LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br>,<br>　　　　　　　　Defendant.. | Case No.: 3:21-cv-00126-LRH-CSD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO RETAX COSTS**<br><br>**[FIRST REQUEST]** |

　　　　Pursuant to FRCP Rule 6(b)(1) and LR IA 6-1 Plaintiff Leroy Dooley ("Plaintiff"), by and through his undersigned counsel, hereby moves to extend time for his Reply to Defendants' Opposition to Motion to Retax Costs [ECF No. 95] from the current deadline of January 9, 2024 for one week through and including **January 16, 2024**.

　　　　This is the first request for an extension of this deadline. The Plaintiff provides the following information to the Court regarding the proposed extension of time:

　　　　1. Plaintiff's counsel has required significant time off since December 28, 2023 as family leave to assist in the care of his sister who had spine surgery on December 29, 2023 and has had significant and potentially life

1

threatening complications that resulted a hospital stay from December 29, 2023 through the present and ongoing until she can be transferred to another facility or transitioned to home.

2. Plaintiff's counsel has spent many hours during the past 12 days assisting his sister in the hospital and providing support for her during this health crisis. Plaintiff's counsel is his sister's only family support in Nevada.

3. As a result of this family leave and other pressing work matters, Plaintiff's counsel has not had sufficient time to devote to the reply to the Defendant's Opposition to the Motion to Retax Costs and will need another week to complete it.

4. This extension will make the Reply due on or before Tuesday, January 16, 2024.

This motion to extend the deadline is made in good faith and not for purposes of delay.

It was after business hours today so undersigned was unable to reach opposing counsel, but he has sent an email apprising opposing counsel and requesting that they not oppose this motion.

///

///

///

## CONCLUSION

For the reasons set forth above the Plaintiff requests that the court find good cause and order that the Plaintiff's time for filing his reply to Defendant's Opposition [ECF No. 95] be extended through and including **January 16, 2024**.

Respectfully submitted,

DATED January 9, 2024

/s/ James P. Kemp
JAMES P. KEMP, ESQ
Nevada Bar No. 6375
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
(702) 258-1183
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

DATED this 12th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE